Douglas E. Dexter (State Bar No. 115868)
Rebecca H. Stephens (State Bar No. 299234)
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
Amazon.com Services LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PATRICIA CAPUTO, an Individual, | Case No. |
| Plaintiff, | **DEFENDANT AMAZON.COM SERVICES LLC'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441** |
| vs. | |
| AMAZON.COM SERVICES, LLC., a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, | The Hon. |
| | Trial Date: |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF PATRICIA CAPUTO:

PLEASE TAKE NOTICE that Defendant AMAZON.COM SERVICES LLC ("Amazon" or "Defendant")[1], pursuant to 28 U.S.C. § 1441, hereby removes the above-entitled action to this Court from the Superior Court of the State of California in and for the County of Kern.

I.    **FACTUAL AND PROCEDURAL BACKGROUND**

On August 7, 2023, Plaintiff PATRICIA CAPUTO ("Plaintiff") filed a civil complaint in the Superior Court of the State of California, County of Kern, titled *PATRICIA CAPUTO v. AMAZON.COM SERVICES, LLC ET AL.*, Case No. BCV-23-102574.  A true and correct copy of

---

[1] Amazon.com Services LLC is erroneously named "Amazon.com Services, LLC" in Plaintiff's Complaint.

DEFENDANT AMAZON.COM SERVICES LLC'S
NOTICE OF REMOVAL OF CIVIL ACTION
Case No.

44144\16370304.1

the Complaint (hereinafter the "Complaint") is attached as **Exhibit A** to the Declaration of Rebecca H. Stephens ("Stephens Decl.") submitted concurrently herewith.  *See* Stephens Decl., ¶ 2 **Exh. A**.

In her Complaint, Plaintiff alleges four causes of action against Amazon: (1) Disability Discrimination in violation of the Fair Employment and Housing Act ("FEHA"); (2) Failure to Engage in Good Faith Interactive Process in violation of FEHA; (3) Failure to Provide Reasonable Accommodation in violation of FEHA; and (4) Retaliation in violation of FEHA.  *See* Stephens Decl., ¶ 2; **Exh. A**.  Plaintiff seeks compensatory damages, general damages, special damages, costs of suit, attorneys' fees, punitive damages, injunctive relief, pre-judgment interest, statutory penalties, and other relief that the court deems just and proper.  *See* Stephens Decl., ¶ 2; **Exh. A** at 7–8, 11, 13–15.

On August 11, 2023, Amazon was served with Plaintiff's Complaint, and a true and correct copy of the Notice of Service of Process is attached as **Exhibit B**.  *See* Stephens Decl., ¶ 3; **Exh. B**.  On September 11, 2023, Amazon answered Plaintiff's Complaint in State Court, and its Answer is attached as **Exhibit C** to the Declaration of Rebecca Stephens submitted concurrently herewith.  *See* Stephens Decl., ¶ 4; **Exh. C**.

## II.    THE NOTICE OF REMOVAL IS TIMELY

This Notice of Removal has been timely filed within thirty (30) days after "service on that defendant of the initial pleading."  *See* 28 U.S. §1446(b)(2)(B).

## III.    THIS COURT HAS DIVERSITY JURISDICTION

This case is removable because this Court has original jurisdiction based on the parties' diversity of citizenship.  *See* 28 U.S.C. § 1332(a) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between . . . citizens of different States[.]").

First, Plaintiff and Defendant are citizens of different states.  Plaintiff's Complaint alleges that she resides in the state of California and has lived in California at all relevant times.  *See* Stephens Decl., ¶ 2; **Exh. A** at 2 ¶ 5.

Defendant Amazon.com Services LLC is not a citizen of California.  For purposes of

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT AMAZON.COM SERVICES LLC'S
NOTICE OF REMOVAL OF CIVIL ACTION
Case No.

2

44144\16370304.1

diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). At all times relevant to this action, Amazon.com Services LLC has been a citizen of Washington and Delaware (but not California). The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Seattle, Washington. A true and correct copy of the Washington Secretary of State Statement of Information for Amazon.com Sales, Inc. is attached as **Exhibit D** to the Declaration of Rebecca H. Stephens submitted concurrently herewith. *See* Stephens Decl., ¶ 5; **Exh. D**.

Moreover, the amount in controversy exceeds $75,000. Though Amazon denies that Plaintiff is entitled to any damages, Plaintiff seeks compensatory damages, general damages, special damages, punitive damages, attorney's fees, injunctive relief, statutory penalties, and more. *See* Stephens Decl., ¶ 2; **Ex. A** at 7–8, 11, 13–15. California federal courts have routinely found that the amount in controversy requirement is satisfied in cases with similar claims. *See, e.g.*, *Chambers v. Penske Truck Leasing Corp.*, 2011 WL 1459155, at *3–4 (E.D. Cal. Apr. 15, 2011) (holding the amount in controversy requirement satisfied in disability discrimination case seeking compensatory damages, general damages, punitive damages, and attorneys' fees); *Ochoa v. Costco Wholesale Corp.*, 2023 WL 2861906, at *3–4 (E.D. Cal. Apr. 10, 2023) (holding the amount in controversy requirement satisfied in disability discrimination and retaliation case seeking compensatory damages, general damages, punitive damages, and attorneys' fees); *Zamudio v. Aerotek, Inc.*, 2022 WL 458059, at *5–6 (E.D. Cal. Feb. 15, 2022) (holding the amount in controversy requirement satisfied in disability discrimination and retaliation case seeking compensatory damages, general damages, punitive damages, and attorneys' fees); *Castanon v. Int'l Paper Co.*, 2016 WL 589853, at *1–2 (C.D. Cal. Feb. 11, 2016) (holding the amount in controversy requirement satisfied in disability discrimination case seeking compensatory damages, emotional distress damages, punitive damages, and attorneys' fees).

Jury verdicts in California disability discrimination cases also reflect the prospect that, if Plaintiff prevails at trial, her damages would exceed the $75,000 amount in controversy threshold. *See e.g., Lopez v. Bimbo Bakeries USA Inc.,* 2007 WL 4339112 (San Francisco Super. Ct.)

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

DEFENDANT AMAZON.COM SERVICES LLC'S
NOTICE OF REMOVAL OF CIVIL ACTION
Case No.

3

44144\16370304.1

(awarding plaintiff $122,000 in emotional distress damages and $2,000,000 in punitive damages for wrongful termination, failure to prevent discrimination, and failure to accommodate).  Verdicts in similar cases also show that attorney's fees alone in discrimination and wrongful termination cases may exceed $75,000.  *See Begazo v. Passages Silver Strand, LLC,* 2017 WL 2402841 (Los Angeles Sup. Ct., Mar. 3, 2017) (awarding $375,568 in attorney's fees to Plaintiff after prevailing on claims for retaliation and wrongful termination).

Here, considered together, the compensatory, general, and special damages sought by Plaintiff, along with the attorneys' fees, punitive damages, and injunctive relief, establish that the amount in controversy exceeds $75,000.  Thus, removal is proper based on this Court's diversity jurisdiction.

## IV.    VENUE IS PROPER IN THIS COURT

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."  This Court embraces the Superior Court of the State of California for the County of Kern, which is where Plaintiff's Complaint was originally filed.  Accordingly, this Court is the appropriate court to which to remove this action.

## V.    NOTICE OF REMOVAL

Defendant will promptly provide written notice of this Notice of Removal to Plaintiff, and will also file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Kern.

Dated:  September 11, 2023            FARELLA BRAUN + MARTEL LLP

By:      */s/ Rebecca H. Stephens*
         Rebecca H. Stephens

Attorneys for Defendant
Amazon.com Services LLC

DEFENDANT AMAZON.COM SERVICES LLC'S     4
NOTICE OF REMOVAL OF CIVIL ACTION
Case No.

44144\16370304.1