UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA CAPUTO,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES LLC, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-01346-KES-CDB<br><br>FIRST AMENDED SCHEDULING ORDER<br><br>(Doc. 11) |

    On August 7, 2023, Plaintiff Patricia Caputo commenced this action in the Superior Court of the State of California, County of Kern. (Doc. 1). Defendant Amazon.com Services, LLC, removed the case to this Court on September 11, 2023. In her complaint, Plaintiff raises the following claims against Defendant Amazon.com Services, LLC: (1) Disability Discrimination in violation of the Fair Employment and Housing Act ("FEHA"); (2) Failure to Engage in Good Faith Interactive Process in violation of FEHA; (3) Failure to Provide Reasonable Accommodation in violation of FEHA; and (4) Retaliation in violation of FEHA.

    Following a scheduling conference, on December 7, 2023, the Court entered the operative scheduling order. (Doc. 11). Plaintiff filed a first amended complaint on April 16, 2024, adding Defendant Sedgwick Claims Management Services, Inc. ("Sedgwick"). (Doc. 20). Following service on Sedgwick and the Defendants' filing of answers to Plaintiff's first amended complaint (Docs. 29, 32), on May 31, 2024, the parties filed an amended scheduling report proposing an

approximate six-month continuance of all case management dates given the recent addition to the action of Sedgwick.  (Doc. 33).

In light of the parties' representations in the amended scheduling report (Doc. 33) and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 11) be amended as follows:

| **Deadline** | **Current** | **Amended** |
| --- | --- | --- |
| Mid-Discovery Conference | None | 11/4/2024 at 9:30 a.m.[1] |
| Fact Discovery Cut Off: | 6/7/2024 | 12/4/2024 |
| Expert Disclosure: | 6/21/2024 | 12/18/2024 |
| Supp. Expert Disclosure: | 7/19/2024 | 1/15/2025 |
| Expert Discovery Cut Off: | 8/19/2024 | 2/15/2025 |
| Non-Dispositive Motion Filing: | 9/2/2024 | 3/1/2025 |
| Non-Dispositive Motion Hearing: | 10/7/2024 | 4/7/2025 at 10:30 a.m. |
| Dispositive Motion Filing: | 11/4/2024 | 5/3/2025 |
| Dispositive Motion Hearing: | 12/9/2024 | 6/9/2025 at 1:30 p.m. |
| Pre-Trial Conference Date: | 1/21/2025 | 7/21/2025 at 1:30 p.m. |
| Trial: | 3/18/2025 | 9/16/2025 at 9:00 a.m. |

All other provisions of the scheduling order (Doc. 11) not otherwise inconsistent with the modified case management dates entered herein remain in full force and effect.

IT IS SO ORDERED.

Dated:  **June 4, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are reminded of their obligation to file a joint mid-discovery status report no later than one week before the conference.  *See* (Doc. 11 at 5).

2